FILED

02/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0725

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0725

IN RE THE PARENTING OF M.M.:

ELISE M. GUEST,

      Petitioner and Appellee,

                                     O R D E R

  v.

PAUL R. MANNELIN,

      Respondent and Appellant.

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's Opening brief filed electronically on February 22, 2023, this Court has determined that the brief does not comply with the below-referenced Rule and must be supplemented.

Pursuant to M. R. App. P. 12(1)(i), appellants must attach an "appendix that includes the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court" to an opening brief. Appellant Paul R. Mannelin's appendix did not contain the relevant documents. Accordingly, while the Court accepts filing of Mr. Mannelin's Opening Brief, the Court requests Mr. Mannelin file eight copies of an appendix including the relevant document(s) from which he appeals.

Therefore,

IT IS ORDERED that the Appellant file eight copies of an appendix including the relevant documents from which his appeal is taken within ten (10) days of the date of this Order with the Clerk of this Court.

The Clerk is directed provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 23 2023